**FILED**
**AUG 3 0 2007**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-15861 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-05-00007-ARM |
| v. | CR-99-00030-ARM |
| SHI PENG, | District of the Northern Mariana Islands |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
SEP - 5 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before:  KLEINFELD and M. SMITH, Circuit Judges.

The "Motion to Take Judicial Notice and Request to Reinstate Certificate of Appealability Appeal," received in this court on July 27, 2007, is construed as a motion for reconsideration of this court's denial of the request for a certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 27-10.